UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH NATHANIEL HARRIS,<br><br>    Defendant. | No. CR 06-00038 JF (PVT)<br><br>ORDER SETTING HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

    This matter came before the Court for arraignment on Monday, January 23, 2006. Counsel for the government and the defendant were present. Based on the hearing and at the request of counsel for the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for investigation and effective preparation, including obtaining and reviewing discovery in this case.

    IT IS HEREBY ORDERED that this case is set for March 8, 2006 at 9:00 a.m. for a status hearing before the Honorable Jeremy Fogel.

    IT IS FURTHER ORDERED that the period of time from January 23, 2006 through and including March 8, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 1/25/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
4
   LARA VINNARD
5  Assistant Federal Public Defender
   160 W. Santa Clara Street, Suite 575
6  San Jose, California 95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28