**E-filed 5/25/06**

1 | BARRY J. PORTMAN
Federal Public Defender
2 | LARA S. VINNARD
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for Defendant HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0038 JF |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING AND EXCLUDE TIME;** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| JOSEPH HARRIS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, May 17, 2006, at 9:00 a.m., be continued to Wednesday, June 28, 2006, 2006, at 9:00 a.m. The continuance is requested because the defense is continuing to investigate this matter, and is awaiting the receipt of documents from various sources contacted by the defense.

The parties agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter because the defense requires time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 5/18/06                   _____/s/_____
                                 LARA S. VINNARD
                                 Assistant Federal Public Defender

Dated: 5/18/06                   _____/s/_____
                                 MATT LAMBERTI
                                 Assistant United States Attorney

STIPULATION TO CONTINUE HEARING
No. CR 06-0038 JF                          1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION TO CONTINUE HEARING
No. CR 06-0038 JF                                       2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>JOSEPH HARRIS,<br><br>　　　　　Defendant. | No. CR 06-0038 JF<br><br>**[PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME** |

　　　The parties have jointly requested a continuance of the hearing set for May 17, 2006, on grounds that defense investigation is ongoing.

　　　Good cause appearing, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time to investigate this matter, and is awaiting the receipt of documents from various sources contacted by the defense.

　　　IT IS HEREBY ORDERED that the hearing date presently set for May 17, 2006, be continued to June 28, 2006, at 9:00 a.m.

//

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 06-0038 JF　　　　　　　　　　3

1 |       Pursuant to the parties' stipulation and the Court's finding, IT IS FURTHER ORDERED
2 | that the period of time from May 17, 2006, to June 28, 2006, shall be excluded from the period of
3 | time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   5/24/06 nuc pro tunc

                                  JEREMY FOGEL
                                  United States District Judge