**E-filed 7/28/06**

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0038 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| JOSEPH HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, July 26, 2006, at 9:00 a.m., be continued to Wednesday, September 6, 2006, at 9:00 a.m.  The continuance is requested because the parties are engaged in settlement negotiations, and the defense will require time to discuss settlement with Mr. Harris.  Additionally, defense counsel will be out of the office during portions of August and September.

The parties agree that time should be excluded under the Speedy Trial Act from July 26, 2006, to September 6, 2006, because the defense requires time for investigation and preparation, and because time is needed for continuity of counsel, so that the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 06-0038 JF                                        1

1  Dated: 7/25/06                              _____/s/_____
                                               LARA S. VINNARD
2                                              Assistant Federal Public Defender

3  Dated: 7/25/06                              _____/s/_____
                                               MATT LAMBERTI
4                                              Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 06-0038 JF                              2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0038 JF |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER CONTINUING** |
| v. ) | **HEARING AND EXCLUDING TIME** |
| ) | |
| JOSEPH HARRIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested a continuance of the hearing set for July 26, 2006, on grounds that the parties are engaged in settlement negotiations and defense counsel requires time to discuss the matter with Mr. Harris. Additionally, defense counsel will be out of the office during part of August.

Good cause appearing, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for effective preparation and for continuity of counsel.

IT IS HEREBY ORDERED that the hearing date presently set for July 26, 2006, be continued to September 6, 2006, at 9:00 a.m.

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 06-0038 JF                3

1  Pursuant to the parties' stipulation and the Court's finding, IT IS FURTHER ORDERED
2  that the period of time from July 26, 2006, to September 6, 2006, shall be excluded from the
3  period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161
4  et seq.

Dated:    7/28/06

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 06-0038 JF                                             4