**E-filed 8/31/06**

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant HARRIS

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,        )   No. CR 06-0038 JF
                                    )
11          Plaintiff,               )   STIPULATION TO CONTINUE
                                    )   HEARING AND EXCLUDE TIME;
12 v.                                )   [PROPOSED] ORDER
                                    )
13 JOSEPH HARRIS,                    )
                                    )
14          Defendant.               )
                                    )
15  _____)

16      Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

18 Wednesday, September 6, 2006, at 9:00 a.m., be continued to Wednesday, September 27, 2006,

19 at 9:00 a.m. The continuance is requested because the parties continue to engage in settlement

20 negotiations, and the defense will require time to discuss settlement with Mr. Harris.

21      The parties agree that time should be excluded under the Speedy Trial Act from

22 September 6, 2006, to September 27, 2006, because the defense requires time for investigation

23 and preparation, so that the ends of justice outweigh the defendant's and the public's need for a

24 speedy trial.

25

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 06-0038 JF                              1

Dated: 8/25/06

LARA S. VINNARD
Assistant Federal Public Defender

Dated: 8/25/06

MATT LAMBERTI
Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for September 6, 2006, on grounds that the parties continue to engage in settlement negotiations and defense counsel requires time to discuss the matter with the defendant.

Good cause appearing, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for effective preparation.

IT IS HEREBY ORDERED that the hearing date presently set for September 6, 2006, be continued to September 27, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation and the Court's finding, IT IS FURTHER ORDERED that the period of time from September 6, 2006, to September 27, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   8/31/06

JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING AND
EXCLUDING TIME

2