UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00038 JF |
| Plaintiff, | ) ) ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE |
| v. | ) ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| JOSEPH NATHANIEL HARRIS, | ) ) | |
| Defendant. | ) ) | |

This matter came before the Court for a status hearing on Wednesday, September 27, 2006. Counsel for the government and the defendant were present. Based on the hearing and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for investigation and effective preparation, including attempting to obtain a fair resolution of this matter.

IT IS HEREBY ORDERED that this case is set for October 18, 2006 at 9:00 a.m. for a status hearing.

IT IS FURTHER ORDERED that the period of time from September 27, 2006 through and including October 18, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:  9/29/06

_____
JEREMY FOGEL
United States District Judge

1 | Copies to be served on:
2 | MATTHEW A. LAMBERTI
Assistant United States Attorney
3 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
4 |
LARA VINNARD
5 | Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
6 | San Jose, California 95113