**E-filed 11/16/06**

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HARRIS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,          )    No. CR 06-0038 JF
                                        )
12 |         Plaintiff,                 )    **STIPULATION TO CONTINUE**
                                        )    **HEARING AND EXCLUDE TIME;**
   | v.                                 )    **[PROPOSED] ORDER**
13 |                                    )
   | JOSEPH HARRIS,                     )
14 |                                    )
   |         Defendant.                 )
15 | _____)

16      Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

18 Wednesday, November 15, 2006, at 9:00 a.m., be continued to Wednesday, December 6, 2006, at

19 9:00 a.m.  The continuance is requested because the parties continue to engage in settlement

20 negotiations, and the defense will require time to discuss settlement with Mr. Harris.

21      The parties agree that the period of time from November 15, 2006, to December 6, 2006,

22 should be excluded from the period of time within which trial must commence under the Speedy

23 Trial Act, 18 U.S.C. § 3161 et seq., from, because the parties need additional time for effective

24 preparation and investigation, including attempting to resolve this case.

25

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 06-0038 JF                           1

1  Dated: 11/13/06                              _____/s/_____
2                                               LARA S. VINNARD
                                                Assistant Federal Public Defender

3  Dated: 11/13/06                              _____/s/_____
4                                               MATT LAMBERTI
                                                Assistant United States Attorney

5

6                                    **ORDER**

7       The parties have jointly requested a continuance of the hearing set for November 15,
8  2006, on grounds that the parties continue to engage in settlement negotiations and defense
9  counsel requires time to discuss the matter with the defendant.

10      Good cause appearing, the Court finds pursuant to Title 18, United States Code, Section
11 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of
12 justice in granting this continuance outweigh the defendant's and the public's interests in a
13 speedy trial inasmuch as the parties need additional time for effective preparation and
14 investigation, including attempting to resolve this case.

15      IT IS HEREBY ORDERED that the hearing date presently set for November 15, 2006, be
16 continued to December 6, 2006, at 9:00 a.m.

17      Pursuant to the parties' stipulation and the Court's finding, IT IS FURTHER ORDERED
18 that the period of time from November 15, 2006, to December 6, 2006, shall be excluded from
19 the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §
20 3161 et seq.

21
22 Dated:   11/16/06                             _____
                                                JEREMY FOGEL
23                                              United States District Judge

24
25
26

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 06-0038 JF                         2