**E-filed 12/7/06**

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>         Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>JOSEPH HARRIS,                )<br>                              )<br>         Defendant.           )<br>_____) | No. CR 06-0038 JF<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [P**~~ROPOS~~**ED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, December 6, 2006, at 9:00 a.m., be continued to Wednesday, January 10, 2007, at 9:00 a.m.  The continuance is requested because the parties continue to engage in settlement negotiations, and the defense will require time to discuss settlement with Mr. Harris.

The parties agree that the period of time from December 6, 2006, to January 10, 2007, should be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., because the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

1  Dated: 12/4/06                _____/s/_____
                                  LARA S. VINNARD
2                                     Assistant Federal Public Defender

3  Dated: 12/5/06                _____/s/_____
                                  MATT LAMBERTI
4                                     Assistant United States Attorney

5

6                                **ORDER**

7        The parties have jointly requested a continuance of the hearing set for December 6, 2006,

8  on grounds that the parties continue to engage in settlement negotiations and defense counsel

9  requires time to discuss the matter with the defendant.

10        Good cause appearing, the Court finds pursuant to Title 18, United States Code, Section

11  3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of

12  justice in granting this continuance outweigh the defendant's and the public's interests in a

13  speedy trial inasmuch as the parties need additional time for effective preparation and

14  investigation, including attempting to resolve this case.

15        IT IS HEREBY ORDERED that the hearing date presently set for December 6, 2006, be

16  continued to January 10, 2007, at 9:00 a.m.

17        Pursuant to the parties' stipulation and the Court's finding, IT IS FURTHER ORDERED

18  that the period of time from December 6, 2006, to January 10, 2007, shall be excluded from the

19  period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161

20  et seq.

21  Dated:  12/7/06
                                          _____
22                                     JEREMY FOGEL
                                     United States District Judge
23

24

25

26