**E-filed 1/10/07**

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0038 JF |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** |
| v. | **[P~~ROPOSE~~D] ORDER** |
| JOSEPH HARRIS, | |
| Defendant. | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, January 10, 2007, at 9:00 a.m., be continued to Wednesday, February 21, 2007, at 9:00 a.m.  The continuance is requested because the parties continue to engage in settlement negotiations, and the defense will require time to discuss settlement with Mr. Harris.

The parties agree that the period of time from January 10, 2007, to February 21, 2007, should be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., because the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 06-0038 JF                                    1

1  Dated: 1/9/07                                    /s/
                                                    LARA S. VINNARD
2                                                   Assistant Federal Public Defender

3  Dated: 1/9/07                                    /s/
                                                    MATT LAMBERTI
4                                                   Assistant United States Attorney

5

6                                          **ORDER**

7       The parties have jointly requested a continuance of the hearing set for January 10, 2007,

8  on grounds that the parties continue to engage in settlement negotiations and defense counsel

9  requires time to discuss the matter with the defendant.

10      Good cause appearing, the Court finds pursuant to Title 18, United States Code, Section

11 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of

12 justice in granting this continuance outweigh the defendant's and the public's interests in a

13 speedy trial inasmuch as the parties need additional time for effective preparation and

14 investigation, including attempting to resolve this case.

15      IT IS HEREBY ORDERED that the hearing date presently set for January 10, 2007,

16 February 21, 2007, at 9:00 a.m.

17      Pursuant to the parties' stipulation and the Court's finding, IT IS FURTHER ORDERED

18 that the period of time from January 10, 2007, to February 21, 2007, shall be excluded from the

19 period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161

20 et seq.

21
   Dated:    1/10/07
22                                                  JEREMY FOGEL
                                                    United States District Judge
23

24

25

26

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 06-0038 JF                    2