|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | NORTHERN DISTRICT OF CALIFORNIA |
|   | SAN JOSE DIVISION |

UNITED STATES OF AMERICA,           )   No. CR 06-00038 JF
                                    )
        Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING CASE AND
    v.                              )   EXCLUDING TIME UNDER THE
                                    )   SPEEDY TRIAL ACT, 18 U.S.C. § 3161
                                    )
JOSEPH NATHANIEL HARRIS,            )
                                    )
        Defendant.                  )
_____)

This matter was set on Wednesday, April 4, 2007 for a status hearing. Plaintiff United States of America, by and through Assistant United States Attorney Matthew A. Lamberti, and defendant Joseph Nathaniel Harris, by and through his counsel Lara S. Vinnard, hereby AGREE AND STIPULATE that this matter be continued from April 4, 2007 at 9:00 a.m. to April 25, 2007 at 9:00 a.m.

The parties also AGREE AND STIPULATE that the period of time from April 4, 2007 through and including April 25, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* because the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

DATED:   4/3/07            SCOTT N. SCHOOLS
                           United States Attorney

                                   /S/
                           _____
                           MATTHEW A. LAMBERTI
                           Assistant United States Attorney

                                   /S/
DATED:   4/3/07            _____
                           LARA S. VINNARD
                           Assistant Federal Public Defender
                           Counsel for the Defendant

[PROPOSED] ORDER

Based upon the foregoing, and good cause appearing therefor, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

IT IS HEREBY ORDERED THAT this matter be continued from April 4, 2007 at 9:00 a.m. to April 25, 2007 at 9:00 a.m.

IT IS FURTHER ORDERED that the period of time from April 4, 2007 through and including April 25, 2007 be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS SO ORDERED.

DATED:    4/6/07 nunc pro tunc

HON. JEREMY FOGEL
United States District Judge

Copies to be served on:

MATTHEW A. LAMBERTI
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113

LARA VINNARD
Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
San Jose, California 95113