**E-filed 4/26/07**

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00038 JF |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING AND EXCLUDE TIME;** |
| v. ) | [~~PROPOSED~~] **ORDER** |
| ) | |
| JOSEPH HARRIS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, April 25, 2007, at 9:00 a.m., be continued to Wednesday, May 2, 2007, at 9:00 a.m. The continuance is requested because the parties are attempting to resolve issues pertaining to a proposed plea agreement, and the government is conducting additional investigation with respect to these issues.

The parties agree that the period of time from April 25, 2007, to May 2, 2007, should be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., because the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 06-0038 JF                1

Dated:  4/23/07                                    _____/s/_____
                                                   LARA S. VINNARD
                                                   Assistant Federal Public Defender

Dated:  4/23/07                                    _____/s/_____
                                                   MATT LAMBERTI
                                                   Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for April 25, 2007, on grounds that the parties continue to engage in settlement negotiations and defense counsel requires time to discuss the matter with the defendant.

Good cause appearing, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

IT IS HEREBY ORDERED that the hearing date presently set for April 25, 2007, be continued to May 2, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation and the Court's finding, IT IS FURTHER ORDERED that the period of time from April 25, 2007, to May 2, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   4/25/07                                   _____
                                                   JEREMY FOGEL
                                                   United States District Judge

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 06-0038 JF                                  2