# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing, October 5, 2007
**Case Number:** CR-06-00038-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**      **UNITED STATES OF AMERICA V. JOSEPH NATHANIEL HARRIS**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Joseph Nathaniel Harris |
| **Attorneys Present:** Matthew Lamberti | **Attorneys Present:** Lara Vinnard |

---

PROCEEDINGS:

    Judgment and sentencing hearing held. Counsel, Probation Officer Lori Timmons and defendant are present. Defendant is sentenced to 21 months prison on count 1 of the Indictment; 3 years supervised release; $100.00 special assessment; and $145,154.00 restitution. Defendant shall self-surrender 1/4/08. The conditions imposed by pretrial release remain in effect.